**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 03, 2015

Hon. Elizabeth Marcum
Bracewell & Giuliani LLP
111 Congress Ave., Suite 2300
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. James R. Harmon
Thompson,l Coe, Cousins & Irons, LLP
701 N. Pearl St., 25th Floor
Dallas, TX 75201-2832
* DELIVERED VIA E-MAIL *

Hon. Jennifer Kearns
Thompson, Coe, Cousins & Irons, LLP
701 Brazos St., Ste. 1500
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Alasdair Roberts
Paragon Center One
450 Gears Road, Suite 350
Houston, TX 77067
* DELIVERED VIA E-MAIL *

Hon. Gilberto Hinojosa
Attorney at Law
622 East St. Charles
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Scot G. Doyen
Paragon Center One
450 Gears Rd., Suite 350
Houston, TX 77067
* DELIVERED VIA E-MAIL *

Hon. J. R. 'Bobby' Flores
139th District Court
Hidalgo County Courthouse
100 N. Closner

Hon. Ricardo L. Salinas
Law Offices of Salinas-Flores
2011 N Conway Ave
Mission, TX 78572-2965
* DELIVERED VIA E-MAIL *

Hon. Alison H. Moore
Thompson, Coe, Cousins & Irons
Plaza of Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Hon. J. Steve Mostyn
The Mostyn Law Firm
3810 West Alabama
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. Rodolfo Delgado
Judge, 93rd District Court
Hidalgo County Courthouse
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. R. Casey Low
Pillsbury Winthrop Shaw Pittman, LLP
111 Congress Avenue, Suite 400
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Amber Anderson Mostyn
Attorney at Law
3810 W. Alabama Street
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. Gregory F. Cox
Mostyn Law Firm

Edinburg, TX 78539                          6280 Delaware
* DELIVERED VIA E-MAIL *                    Beaumont, TX 77706
                                            * DELIVERED VIA E-MAIL *

Re:       Cause No. 13-15-00390-CV
Tr.Ct.No. C-2916-15-C
Style:    In Re National Lloyds Insurance Company


       Enclosed please find the opinion issued by the Court on this date.

                              Very truly yours,

                              *Dorian E. Ramirez*

                              Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)